# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PROMIUS PHARMA LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PERRIGO UK FINCO LIMITED PARTNERSHIP, PERRIGO ISRAEL PHARMACEUTICALS LTD., and TARO PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 2:18-cv-00219-RWS |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT ON CONSENT

Plaintiff Promius Pharma LLC ("Promius") and Defendants Perrigo UK FINCO Limited Partnership and Perrigo Israel Pharmaceuticals Ltd. (together, "Perrigo"), have agreed to terms and conditions representing a negotiated settlement of the claims against Perrigo in this action and have set forth those terms and conditions in an executed Settlement Agreement (the "Settlement Agreement"), which includes a proposed Final Judgment on Consent;

Promius and Perrigo hereby jointly request that the Court enter the proposed Final Judgment on Consent, which is attached hereto as Exhibit A.

Nothing in this motion affects the above action as to Taro Pharmaceuticals, Inc.

Dated:  November 27, 2018

By: */s/ Clyde M. Siebman*
Clyde M. Siebman
**SIEBMAN, FORREST, BURG & SMITH, L.L.P.**
State Bar No. 18341600
Stephanie Barnes
State Bar No. 24045696

Respectfully submitted,

By: */s/ William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, TX 75601
Telephone:  (903) 230-9090

300 N. Travis Street
Sherman, TX 75090
Tel: 903-870-0070
Fax: 903-870-0066
clydesiebman@siebman.com
stephaniebarnes@siebman.com

Carol Pitzel Cruz (Pro Hac Vice)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Telephone: (206) 405-2000
Facsimile: (206) 405-2001
Carol.pitzelcruz@knobbe.com

Ashley C. Morales (Pro Hac Vice)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
Telephone: (858) 707-4000
Facsimile: (858) 707-4001
Ashley.morales@knobbe.com

*Counsel for Defendants*
*Perrigo UK FINCO Limited Partnership and Perrigo Israel Pharmaceuticals Ltd.*

Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

Martin B. Pavane
Marilyn Neiman (*Pro Hac Vice*)
Keri L. Schaubert (*Pro Hac Vice*)
**COZEN O'CONNOR**
277 Park Avenue
New York, NY 10172
Telephone: (212) 883-4994
Facsimile: (212) 986-0604
Email: mpavane@cozen.com
         mneiman@cozen.com
         kschaubert@cozen.com

Aaron S. Lukas (*Pro Hac Vice*)
**COZEN O'CONNOR**
1200 Nineteenth Street, N.W., 3rd Floor
Washington, D.C. 20036
Telephone: (202) 912-4800
Facsimile: (202) 861-1905
Email: alukas@cozen.com

*Counsel for Plaintiff*
*Promius Pharma LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 27th day of November 2018.

*/s/ William E. Davis, III*
William E. Davis, III
